# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Eva S. Edrial*
   *and*
   *Michael Edrial*

Case No.
Chapter  *13*

_____ / Debtor

Attorney for Debtor:  **Robert G. Whitley, Jr.**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: _____

*/s/ Eva S. Edrial* _____
Debtor

*/s/ Michael Edrial* _____
Joint Debtor

Allstate Property & Casualty
PO Box 4310
Carol Stream, IL  60197-4310

American Credit Systems, Inc.
400 W. Lake St.
Suite 111
Roselle, IL  60172-0849

Capital One Auto Finnce
PO Box 60511
City of Industry, CA  91716-0511

Cardinal Surgical Associates
1051 Essington Rd
Joliet
Joliet, IL  60435

Cash Store
1701 N. Larkin Ave.
Ste 901
Crest Hill, IL  60403

City of Naperville
PO Box 88850
Carol Stream, IL  60188-0850

Comed
PO Box 6111
Carol Stream, IL  60197-6111

Creditors Collection Bureau, Inc
PO Box 1022
Wixom, MI  48393-1022

Crest HIll Pawn & Jewelries
1701 N. Larkin
Joliet, IL  60435

Eva S. Edrial
2064 Whitecliff Dr.
Romeoville, IL  60446

Michael Edrial
2064 Whitecliff Dr.
Romeoville, IL  60446

Edward Hospital
801 S Washington St
Naperville, IL  60540

Family Medical Group SC
330 Madison St
Suite 104
Joliet, IL  60435

Green tree
PO Box 94710
Palatine, IL  60094-4710

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Kula Jewelry & Loan
174 N Chicago St
Joliet, IL  60432

Nationstar Mortgage
PO Box 650783
Dallas, TX  75265-0783

NICOR GAS
PO Box 5407
Carol Stream, IL  60197-5407

Provena Medical Group
25872 Network Place
Chicago, IL  60673-1258

Reliable Recovery
827 Gardner St.
Joliet, IL  60433

Robert G. Whitley, Jr.
15028 S. Des Plaines Street
Plainfield, IL  60544

T-Mobile
PO Box 742596
Cincinnati, OH  45274-2596

Village of Romeoville
1050 West Romeo Road
Romeoville, IL  60446

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Eva S. Edrial | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Michael Edrial | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN    District of ILLINOIS

Case number
(If known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
   chapter 13 income as of the following date:
   _____
   MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income                                             12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

---

**Part 1:    Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☑ Not employed |
| Occupation | RN | |
| Employer's name | St Joseph Medical Center | |
| Employer's address | 333 Madison Ave. | |
| | Number   Street | Number   Street |
| | Joliet        IL        60435 | |
| | City        State   ZIP Code | City        State   ZIP Code |
| How long employed there? | 14 Years | |

---

**Part 2:    Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   $ 8551.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3.  + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.   $ 8551.00 | $ 0.00 |

Debtor 1    Eva S. Edrial

First Name    Middle Name    Last Name         Case number *(if known)*_____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here .................................................... ➔ | 4. | $ 8551.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 1172.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 233.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 726.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 441.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions. Specify:** Health spending account | 5h. +$ 125.00 | + $ 0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 2697.00 | $ 0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 5854.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income. Specify:** _____ | 8h. +$ 0.00 | +$ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 5,854.00 + $ 0.00 = | $ 5854.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12. $ 5854.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Eva S. Edrial |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 (Spouse, if filing) | Michael Edrial |
| | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | NORTHERN        District of   ILLINOIS |
| Case Number (if known) | |

# Form B 6I **Schedule I: Your Income** – Continuation Page

**1. Additional employment information.**

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Occupation (2)** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| | Number    Street | Number    Street |
| | | |
| | City, State and Zip | City, State and Zip |
| **How long employed there?** | | |
| **Occupation (3)** | | |
| **Employer's name** | | |
| **Employer's address** | | |
| | Number    Street | Number    Street |
| | | |
| | City, State and Zip | City, State and Zip |
| **How long employed there?** | | |

**5h. Other deductions**

| | | Debtor 1 | Debtor 2 |
|---|---|---|---|
| Specify: | 403b loan repay | 0.00 | 0.00 |
| Specify: | | | |

**8f. Other government assistance that you regularly receive**

Specify:

Specify:

**8h. Other monthly income**

Specify:

Specify:

**11. Other regular contributions to the expenses that you list in Schedule J**

Specify:

Specify:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Eva S. Edrial |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Michael Edrial |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN _____ District of ILLINOIS |
| Case number (If known) | _____ |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 11 | ☐ No  ☑ Yes |
| _____ | ____ | ☐ No  ☑ Yes |
| _____ | ____ | ☐ No  ☑ Yes |
| _____ | ____ | ☐ No  ☑ Yes |
| _____ | ____ | ☐ No  ☑ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I).

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1702.00 |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | $ 0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $ 25.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $ 0.00 |

| Debtor 1 | Eva S. Edrial | | | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | **Your expenses** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $_____0.00 |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | $_____250.00 |
| | 6b.  Water, sewer, garbage collection | 6b. | $_____120.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____189.00 |
| | 6d.  Other. Specify: _Cell Phone Caller Id Call Wait_ | 6d. | $_____178.00 |
| 7. | **Food and housekeeping supplies** | 7. | $_____500.00 |
| 8. | **Childcare and children's education costs** | 8. | $_____0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $_____50.00 |
| 10. | **Personal care products and services** | 10. | $_____0.00 |
| 11. | **Medical and dental expenses** | 11. | $_____0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____550.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____80.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $_____40.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | $_____0.00 |
| | 15b.  Health insurance | 15b. | $_____0.00 |
| | 15c.  Vehicle insurance | 15c. | $_____225.00 |
| | 15d.  Other insurance. Specify:_____ | 15d. | $_____0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $_____0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | $_____0.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. | $_____0.00 |
| | 17c.  Other. Specify:_____ | 17c. | $_____0.00 |
| | 17d.  Other. Specify: _Additional Other Installments_ | 17d. | $_____0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form B 6I).** | 18. | $_____0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _Debtor's parents_ | 19. | $_____100.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a.  Mortgages on other property | 20a. | $_____0.00 |
| | 20b.  Real estate taxes | 20b. | $_____0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | $_____0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | $_____0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. | $_____0.00 |

Debtor 1    Eva S. Edrial
First Name    Middle Name    Last Name          Case number (*if known*)_____

21. **Other**. Specify: __I Pass_____    21. **+**$_____40.00

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.     22.   $_____4739.00

23. **Calculate your monthly net income.**

    23a.   Copy line 12 (*your combined monthly income*) from *Schedule I.*     23a.   $_____5854.00

    23b.   Copy your monthly expenses from line 22 above.     23b.   **−**$_____4739.00

    23c.   Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*     23c.   $_____1115.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.
    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Eva S. Edrial |
| | First Name                Middle Name                Last Name |
| Debtor 2 | Michael Edrial |
| (Spouse, if filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | NORTHERN    District of    ILLINOIS |
| Case Number (if known) | |

Form B 6J

# Schedule J: Your Expenses – Continuation Page

| 2. Additional Dependents<br>Do not list Debtor 1 and Debtor 2.<br>Do not state the dependents' names. | Dependent's relationship to<br>Debtor 1 or Debtor 2 | Dependent's<br>age | Does<br>dependent<br>live with you? |
|---|---|---|---|
| | | | ☐No  ☑Yes |
| | | | ☐No  ☑Yes |
| | | | ☐No  ☑Yes |

|  |  | Your Expenses |
|---|---|---|
| **6d.** | **Other Utilities.** | |
| Specify: | Additional Other Utilities | $              0.00 |
| Specify: | | $ |
| **15d.** | **Other Insurance.** | |
| Specify: | Additional Other Insurance | $              0.00 |
| Specify: | | $ |
| **16.** | **Taxes. Do not included taxes deducted from your pay or included in Lines 4 or 20.** | |
| Specify: | | $ |
| Specify: | | $ |
| **19.** | **Other payments you make to support others who do not live with you.** | |
| Specify: | | $ |
| Specify: | | $ |
| **21.** | **Other.** | |
| Specify: | Ipass | $            40.00 |
| Specify: | Payment 2nd Mortgage | $          650.00 |
| Specify: | | $ |